DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES M. CUYLER,

Appellant,

v.

STATE OF FLORIDA; JUDGE ROBERT A.
BAUMAN; JUDGE LINDSAY M. ALVAREZ;
and ATTORNEY NICHOLAS J. VANHOOK,

Appellees.

No. 2D2024-2946

_____

June 25, 2025

Appeal from the Circuit Court for Hillsborough County; Amy Williams,
Judge.

James M. Cuyler, pro se.

James Uthmeier, Attorney General, Tallahassee, and Thomas
Munkittrick, Assistant Attorney General, Tampa, for Appellees State of
Florida, Judge Robert A. Bauman, and Judge Lindsay M. Alvarez.

No appearance for remaining Appellee.

PER CURIAM.

We affirm without comment the order dismissing James M.

Cuyler's complaint against Judge Robert A. Bauman and Judge Lindsay

M. Alvarez as well as the order granting the State's motion to quash

service of process.  However, we dismiss the portion of the appeal that seeks to review the order denying Cuyler's motion for default against attorney Nicholas J. Vanhook as the order is a nonfinal, nonappealable order.

Affirmed in part; dismissed in part.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.